NOV 2 - 2009     10/27/09

Judge David Dowd JR.,

I'm writting to you to enlighten you that I am very aware of the games you And George Bush, these staff's here at this prison along with secret service, and F.B.I., ATF Are plotting to kill me by using your pyschological, mental games. Then yall try to make it look to the Public that I'm the bad guy or I'm seriously crazy etc... So, yall can try to Justify my Demise. I'm letting you know that long as Allahu-Ta'ala be by my side I fear no man in the Physical form. I Just want you to know I'm a step ahead of yall plan and I was taught about the diabolical Game Plan of the Government. I keep my eyes open cause the streets is Always talkn And I know what I know. Plus my eyes is on you At work, At your beautiful Home every where you go, I want you to know I'm there, see the things you do. Along with George Bush And Presecutors Becker Allah is Good to me. Just want you to know I'm A step Ahead of You.

    I'll be Right back after these messages.

      WA-SALAAM

      Abdullah Jihad Al-Malik
   A.K.A- Clifton Letharn Cousins

EXHIBIT I

Abdullah Jihad BL-Malik a.k.a.
Clifton Le'Authority Cousins
CORRESPONDANCE
SOUTHERN OHIO
P.O. Box 45 CORRECTIONAL
Lucasville, OH FACILITY
45699-0001



Honorable Judge David Dowd Jr.
USDC
568 John F. Seiberling Fed. Bldg.
& US Court House
2 S. Main St.
Akron, Ohio 44308